DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JUAN ARIEL MOLINA-SALLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0824

_____

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Pat Siracusa, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.